**Order entered January 8, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-19-01147-CV

### ROSS STORES, INC., ROSS DRESS FOR LESS, INC., AND STEVEN FUENTES, Appellants

### V.

### FREDDIE PRICE, Appellee

---

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03907-B**

---

## ORDER

Before the Court is court reporter LaToya Young-Martinez's request for a five-day extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than January 13, 2020.

We note the record in this accelerated appeal was first due September 28, 2019, and we have already granted two extensions. Accordingly, we caution Ms. Young-Martinez that failure to file the record by January 13th may result in the Court taking any necessary steps to ensure the filing of the record, including issuing an order that she not sit as a reporter until the record is filed.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Melissa Bellan, Presiding Judge of County Court at Law No. 2; Ms. Young-Martinez; and, the parties.

/s/     BILL WHITEHILL
        JUSTICE